UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA            CASE # 15MJ 7163 JCB
                                    15-8398-DLB
VS Danielle Fernandes Rojo Filho
a/k/a Daniell Fernandes Filho       PRISONER # 08217-104
a/k/a Daniel Fernandes
a/k/a Daniel Rojo

*************************************************************

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT:    (CIRCLE ONE)

MIAMI    FT. LAUDERDALE   (WEST PALM BEACH)   FT. PIERCE
*************************************************************
ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A":

1) DATE AND TIME OF ARREST: 7/21/2015 ; 3:15 PM

2) LANGUAGE(S) SPOKEN: Portuguese, English, Spanish

3) OFFENSE(S) CHARGED: Wire Fraud 18 U.S.C. § 1343

4) U.S. CITIZEN    [ ] YES    [X] NO    [ ] UNKNOWN

5) DATE OF BIRTH:  __/__/1967

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [ ] INDICTMENT
    [X] COMPLAINT TO BE FILED/ALREADY FILED
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT

    ORIGINATING DISTRICT: District of Massachusetts

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES    [ ] NO

7) AMOUNT OF BOND: _____    WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: David Cirill    DATE: 7/21/15

9) AGENCY: FBI                                 PHONE: _____